# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>DIANNA HERRERA (1)<br><br>　　　　　　　　　　Defendant. | Case No. 22-cr-1517-JO<br><br>JUDGMENT AND ORDER<br>OF DISMISSAL<br><br>Booking No. 05448510 |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☒　an indictment has been filed in another case against the Defendant and the Court has granted the motion of the Government for dismissal of this case without prejudice of the offenses as charged in the Information: 21 USC 952, 960 – Importation of Methamphetamine (Count 1) and 21 USC 952, 960 – Importation of Fentanyl (Count 2).

IT IS SO ORDERED AND ADJUDGED.

Dated: 12/6/22

HONORABLE JINSOOK OHTA
UNITED STATES DISTRICT JUDGE